IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RUTH MERCADO | ) | CASE NO. 16-81723 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |

| | | |
|---|---|---|
| RUTH MERCADO | ) | |
|     Plaintiff. | ) | |
| | ) | ADVERSARY PROCEEDING |
| v. | ) | NO. 18-80056 |
| | ) | |
| FANNIE MAE and/or SETERUS INC., | ) | |
| and BROCK & SCOTT, PLLC | ) | |
|     Defendants. | ) | |

## JOINT MOTION TO APPROVE COMPROMISE

COME NOW Plaintiff Ruth Mercado (the "Plaintiff") and Defendants Federal National Mortgage Association ("Fannie Mae") and Seterus, Inc. ("Seterus") (collectively with the Plaintiff, the "Parties"), and move this Court to approve the compromise set out below pursuant to Federal Rule of Bankruptcy Procedure 9019. In support, the Parties state the following:

1. On June 7, 2018, Plaintiff filed her adversary complaint (the "Complaint") against Fannie Mae, Seterus, and Brock & Scott, PLLC ("Brock & Scott"). *See* AP Doc. 1. The Complaint alleges post-petition contacts by Fannie Mae, Seterus, and co-defendant Brock & Scott. *See id.*

2. The Parties, through counsel, have negotiated an agreement to resolve the claims asserted by Plaintiff in this case against Fannie Mae and Seterus. The proposed compromise does not involve co-defendant Brock & Scott, PLLC.

3. The material terms[1] of the settlement are as follows:

   a. Fannie Mae and Seterus shall pay to Plaintiff a one-time payment of **$7,500.00** (Seven Thousand Five Hundred Dollars) in full settlement of Plaintiff's claims against Fannie Mae and Seterus;

   b. Plaintiff shall dismiss this action *with prejudice* against Fannie Mae and Seterus and release Fannie Mae and Seterus as to any and all related claims.

   c. Plaintiff retains all rights and reserves all claims against co-defendant Brock & Scott, PLLC.

4. The Eleventh Circuit in *In re Justice Oaks II, Ltd.*, 898 F. 2d 1544, 1549 (11th Cir. 1990), explained that the following factors must be considered in deciding a Bankruptcy Rule 9019 motion:

   > (a) the probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; (d) the paramount interest of creditors and a proper deference to their reasonable views in the premises.

*See also In re Aloha Racing Foundation, Inc.*, 257 B.R. 83, 88 (Bankr. N.D. Ala. 2000). "Courts consider these factors to determine 'the fairness, reasonableness and adequacy of a proposed settlement agreement.'" *In re Chira*, 567 F. 3d 1307, 1312-13 (11th Cir. 2009).

5. The Parties submit that the proposed compromise is fair, adequate, and in the best interests of all involved. The settlement funds compensate Plaintiff for her alleged injuries. Moreover, litigation is inherently uncertain, often takes significant time, and without fail, costs money. The settlement takes those factors off the table for the Parties.

THEREFORE, the Parties ask this Court to enter an Order approving the compromise as set out herein pursuant to Federal Rule of Bankruptcy Procedure 9019. The Parties anticipate

---

[1] A separate settlement and release agreement which includes the terms detailed here has been executed by the Parties.

filing a separate Joint Stipulation of Dismissal in the Adversary Proceeding if this Motion is approved.

Dated this the 8th day of November, 2018.

/s/ Thomas B. Humphries
Thomas B. Humphries
Meghan A. Salvati
Counsel for Defendants
Sirote & Permutt, P.C.
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
thumphries@sirote.com
msalvati@sirote.com

/s/ John C. Larsen
John C. Larsen
Counsel for Plaintiffs
Larsen Law, P.C.
1733 Winchester Road
Huntsville, AL 35811
Tel.: (256) 859-3008
john@jlarsenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2018, I filed the foregoing with the Clerk of the Court via the CM/ECF electronic filing system which will provide electronic notice to the following:

John C. Larsen
Larsen Law, P.C.
1733 Winchester Road
Huntsville, AL 35811
Tel.: (256) 859-3008
john@jlarsenlaw.com

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
Tel.: (256) 350-0442

And that I served a copy of this motion on the individuals and entities detailed on the attached creditor matrix.

/s/ Thomas B. Humphries
OF COUNSEL

DOCSBHM\2251694\3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 16-81723-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Thu Nov  8 10:17:44 CST 2018 | Steering Committee<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Crestwood Medical Center<br>One Hospital Dr<br>Huntsville, AL 35801-3498 | FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNI<br>SETERUS,INC.<br>P.O. BOX 1047<br>HARTFORD , CT 06143-1047 | Integrity Financial Partners Inc.<br>4370 W. 109th St. Ste. 100<br>Overland Park, KS 66211-1316 |
| Merchants Ad<br>56 N Florida St<br>Mobile, AL 36607-3108 | Rapid Capital Funding<br>11900 Biscayne Blvd<br>Ste 201<br>Miami, FL 33181-2756 | Servis 1st Bank<br>300 Galleria Pkwy SE<br>Ste 350<br>Atlanta, GA 30339-3155 |
| ServisFirst Bank<br>401 Meridian Street<br>Huntsville, AL 35801<br>c/o John Hubbard 35801-4720 | Seterus Inc<br>14523 Sw Millikan Way St<br>Beavertton, OR 97005-2352 | State of Alabama Deparment of Revenue<br>50 North Ripley St.<br>Montgomery, AL 36132-0001 |
| William Gibbson Jr.<br>117 Jefferson St. N<br>Huntsville, AL 35801-4813 | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 | Lance Larka<br>2020 Stanford Drive SW<br>Huntsville, AL 35801-5227 |
| Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | Ruth Mercado<br>7040 SW 31st Ave.<br>Portland, OR 97219-1815 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FEDERAL NATIONAL MORTGAGE ASSOCIATION | (du)FEDERAL NATIONAL MORTGAGE ASSOCIATION ( | (u)SETERUS, INC. |