IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-81723 |
| RUTH MERCADO, ) | |
| ) | |
| DEBTOR ) | |
| ) | |
| ) | |
| ) | |
| RUTH MERCADO, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | ADVERSARY PROCEEDING |
| V. ) | CASE NO. 18-80056 |
| ) | |
| BROCK & SCOTT, PLLC ) | |
| ) | |
| DEFENDANT ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff Ruth Mercado ("Plaintiff") and the Defendant, Brock & Scott, PLLC ("Defendant"), and pursuant to Federal Rule of Civil Procedure 41 and Bankruptcy Rule 7041, hereby stipulate and agree that this Adversary Proceeding as against Brock & Scott, PLLC be dismissed with prejudice, costs taxed as paid.

THIS the 2nd day of April, 2019.

/s/ F. Wayne Keith
F. Wayne Keith
Attorney for Defendant
Brock & Scott, PLLC
120 Bishop Circle
Pelham, AL 35124
(205) 624-5141
fwayne.keith@brockandscott.com

1

/s/ John C. Larsen
John C. Larsen
Attorney for Plaintiff
Larsen Law P.C.
1733 Winchester Road
Huntsville, AL 35811
(256) 859-3008
john@jlarsenlaw.com



/s/ Kevin Heard
Kevin Heard
Attorney for the Plaintiff
Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza 921
Huntsville, AL 35801
(256) 535-0817
kheard@heardlaw.com

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16-81723 |
| RUTH MERCADO, | ) | |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| | ) | |
| | ) | |
| RUTH MERCADO, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | ADVERSARY PROCEEDING |
| V. | ) | CASE NO. 18-80056 |
| | ) | |
| | ) | |
| BROCK & SCOTT, PLLC | ) | |
| | ) | |
| DEFENDANT | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** in the above captioned case were this day served upon the below named persons via electronic service or by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses; shown below:

John C. Larsen
Larsen Law P.C.
1733 Winchester Road
Huntsville, AL 35811

*Served via email*

Kevin Heard
Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza 921
Huntsville, AL 35801

*Served via email*

Michelle T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602

*Served via email*

3

This the 2nd day of April, 2019.

                                                                                                                 */s/ F. Wayne Keith*
                                                                                                                 F. Wayne Keith

5